UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**RONNY DEVIOD WALKER**                                                                 **PLAINTIFF**

v.                                        **CIVIL ACTION NO. 3:09CV-P663-S**

**DANIEL T. GOYETTE et al.**                                                **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date: December 22, 2009

                                                            Charles R. Simpson III, Judge
                                                            United States District Court

cc:    Plaintiff, *pro se*
          Defendants
          Jefferson County Attorney
4411.009